**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 12-2008**

CADENCE BANK NA,

        Plaintiff - Appellee,

    v.

HORRY PROPERTIES, LLC, a South Carolina Limited Liability
Company; M&M BUILDERS, LLC OF OD, a South Carolina Limited
Liability Company; ARTHUR F. MCLEAN, JR.,

        Defendants – Appellants,

    and

BEACH FIRST NATIONAL BANK; HORRY COUNTY STATE BANK,

        Defendants.

Appeal from the United States District Court for the District of
South Carolina, at Florence.  R. Bryan Harwell, District Judge.
(4:10-cv-02717-RBH)

Submitted: April 25, 2013        Decided: April 30, 2013

Before WILKINSON, KING, and DUNCAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Louis D. Nettles, FOLKENS LAW FIRM P.A., Florence, South
Carolina, for Appellants.  J. Thomas McBratney, III, MCBRATNEY
LAW FIRM, PA, Florence, South Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Horry Properties, LLC, M&M Builders, LLC of OD, and Arthur F. McLean, Jr., appeal the district court's orders setting aside transfers of certain real property and associated leases as fraudulent conveyances and denying their motion to alter or amend the judgment. We have reviewed the district court's thorough opinions, as well as the parties' briefs and the record included on appeal, and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Cadence Bank NA v. Horry Prop., LLC, 4:10-cv-02717-RBH (D.S.C. April 3, 2012; July 17, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED